Case 1:13-cv-03509-RWS   Document 154   Filed 03/14/14   Page 1 of 2
Case 1:13-cv-03509-RWS   Document 152   Filed 03/06/14   Page 1 of 2

Sweet, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ORIGINAL TALK RADIO NETWORK, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DIAL GLOBAL, INC., ET AL. <br><br> Defendants. | Civil Action No.: 13-03509-RWS <br><br> ECF CASE |



### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss this case WITH PREJUDICE. Each party shall bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Joshua D. Wolson <br> Gregory A. Blue <br> Joshua D. Wolson <br> Jordan M. Rand <br> DILWORTH PAXSON LLP <br> 99 Park Ave., Suite 320 <br> New York, NY 10016 <br><br> *Attorneys for Plaintiffs* | /s/ Christopher Tayback <br> Richard A. Schirtzer <br> Christopher Tayback <br> Valerie Roddy <br> Michael F. Peng <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 S. Figueroa Street <br> Tenth Floor <br> Los Angeles, CA 90017 <br><br> *Attorneys for Defendants Dial Global Inc., Dial Communications-Global Media Inc., Dial Communications Global Media LLC, Excelsior Radio Networks LLC, Triton Media Group LLC, Triton Media LLC, Triton Radio Networks, Inc., Triton Media Companies, Inc., Verge Media Companies Inc., and Verge Media Companies LLC* |

116494583_1

| /s/ Laura E. McSwiggin | /s/ Harry Tilis |
|---|---|
| Laura E. McSwiggin<br>Renata A. Guidry<br>EPPORT RICHMAN AND ROBBINS<br>1875 Century Park East, Suite 800<br>Los Angeles, CA 90067<br><br>*Attorneys for Defendant Compass Media Networks LLC and Compass Media Marketing LLC* | Harry Tilis<br>TILIS LAW GROUP<br>80 Orville Dr.<br>Bohemia, NY 11716<br><br>David N. Lake<br>LAW OFFICES OF DAVID LAKE PC<br>16130 Ventura Blvd., Suite 650<br>Encino, CA 91436<br><br>*Attorneys for Defendants WYD Media Management LLC and WYM Media Management LLC* |

Dated: March 6, 2014

So ordered.

Sweet USDJ

3-13-14